■ In the Matter of ALLSTATE INSURANCE COMPANY, Appellant, v ELGIRENE MOORE et al., Respondents. [643 NYS2d 419]

The record of the Department of Motor Vehicles submitted by the petitioner was sufficient to raise a genuine issue of fact as to whether the vehicle which allegedly was involved in the underlying accident with the respondents was insured at the time of the accident (*see, Matter of Public Serv. Mut. Ins. Co. [Binder],* 121 AD2d 903). Therefore, arbitration must be stayed pending resolution of that issue at an evidentiary hearing to be conducted in the Supreme Court, Nassau County (*see, Matter of Allstate Ins. Co. v Casanova,* 145 AD2d 630; *Matter of Public Serv. Mut. Ins. Co. [Binder], supra*). O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.